FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2024

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Vicky Villalobos                    **CASE NO.** 4:24-CR-6018-MKD-1

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, | Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | Not less than ten years nor more than life CAG and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits. <br><br> If found to have one prior qualifying serious drug felony conviction: CAG not less than 15 years; and/or a $20,000,000 fine; not less than 10 years supervised release no more than life; a $100 special penalty assessment, and denial of certain federal benefits. |
| 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846, | Conspiracy to Distribute 40 Grams or More of Fentanyl | CAG of not less than 5 years no more than 40 years; up to a $5,000,000 fine; not less than 4 years of supervised release up to a life term; a $100 special penalty assessment; and denial of certain federal benefits <br><br> If found to have one prior qualifying serious drug felony conviction: CAG not less than 10 years nor more than 40 years, and/or a $8,000,000 fine, not less than 8 years supervised release no more than life, a $100 special penalty assessment, and denial of certain federal benefits. |
| 3 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846, | Conspiracy to Distribute Cocaine | CAG of not more than 20 years; up to a $1,000,000 fine; not less than 3 years of supervised release up to a life term; a $100 special penalty assessment; and denial of certain federal benefits. <br><br> If found to have one prior qualifying serious drug felony conviction: CAG not more than 30 years; and/or a $2,000,000 fine; not less than 6 years supervised release no more than life; a $100 special penalty assessment, and denial of certain federal benefits. |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |