# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Richland

### USA v. VICKY VILLALOBOS                Case No.    4:24-CR-6018-MKD-1

Richland Video Conference (ACE via video; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

### Arraignment/Initial Appearance on Indictment:                07/25/2024

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy | ☒ | Brandon Pang, US Atty |
| | | ☒ | Jennifer Barnes, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders for today's hearing. | ☒ | Defendant waived reading of charging document |
| ☒ | Defendant has retained attorney Janell Carman-Wagner | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

### REMARKS

Defendant appeared and was assisted by counsel and advised of her rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that her true and correct name is: Vicky Villalobos. "Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.

**Detention Hearing:**
**07/30/2024 @ 11:15 a.m.**
**[R/ACE]**