AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 29, 2024**

SEAN F. MCAVOY, CLERK

United States of America
v.

VICKY VILLALOBOS

)
)
)
)
)
)
)

Case No.    4:24-CR-6018-MKD-1

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    VICKY VILLALOBOS    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), 846 Conspiracy to Distribute 40 Grams or More of Fentanyl
21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846 Conspiracy to Distribute Cocaine

Date: Jun 21, 2024, 3:40 pm

_____
*Issuing officer's signature*

City and state:

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/24, and the person was arrested on *(date)* 7/24/24
at *(city and state)* Richland, WA.

Arrested within the E/WA

By: FBI
(Agency)

Date: 7/24/24

Executed on: 7/24/24
Sign: Reagan K Schraner, USMS
*Arresting officer's signature*

*Printed name and title*