To whom this may concern

My name is Crystal Graranzuay and am saul Graranzuay's oldest daughter. I am writing in regards to saul, who will be appearing in court. I understand my dad has come across some matters, but would also like to share the kind of dad I have.

Growing up I've seen the beautiful things he's done and the amount of love he carries for everyone, I can say my dad carries compassion, ambition, and strive and is an individual who gives more to his family than to himself. My dad goes from taking care of my niece, taking my grandma to her Dr. appointments, to even helping with yard work at families houses. One memory that stands out to me is when I was told by Barb how lucky I was to have a dad like mine. I stared at her waiting for her reasoning and responded with how he (my dad) has always been there for her when she's needed help moving in/out of her house and how welcoming he is to her. Not only have I heard these words once, but I happen to hear them various times, I love hearing people say "your dad helped me with this", or "your dad has a generous heart". I've learned that with him it doesn't matter how busy he is or the time; he will be there to help. one thing I've admired is how I would see him get off of work and help my mom with us (kids) when growing up even if he was exhausted from working hours in the heat or just had a long day. My dad has made an impact on his family, new friends, and the community by showing a tending hand and ear.

Best,
    Crystal Graranzuay
    (509)

July 28.2024

To Whom it may Concern

My Name is MARIA GARANZUAY, I am
Saul Garanzuay Ex wife. I was merrid to
Saul for 28yrs We have 3 Children and 1
Granddaughter. Saul Hes alway provided for
the family Saul is a very lovable father and
has alot of Contact with his Children.
Saul also helps take Care of our
Granddaughter when my daughter is at work.
Ariona is so attached to her (papa) as what
She Calls him. Ariena is Sauls World.
Saul hes always worked since I started
Dating him, his Jobs hes include as a
Sales person, unloader for Sears, maintenance
worked for furnishur Stores, yard work also
Scrap meteling and taking Care of a
Retired Veteran (Ron) Saul took Ron to
Stores, Car Rides and took him food and other
Stuff. Saul is a loving person alway willing
to give others Before him. also help take
his mom to dialyis. Thank you for taking the
time to Reed my letter. God is Good and I
have faith in God.

M. Garanzuay
MARIA GARANZUAY
509-

To whom this may concern:

My name is Eddie Garanzuay, Im the middle child of the sibilings. Growing up my dad (Saul Garanzuay) has always showed a great path and how to become a man growing up. My dad has always been super supportive of my dreams and goals in life and has never doubted my choices. I know my dad is currently going through legal actions and is overwhelming for him but I'd like to share a couple things about Saul Garanzuay (Dad). My dad has always been a hard worker to support his family and care for others including friends. No matter how hard things might be you can always see him with a smile due to his big heart. Recently my father was helping out a older gentleman named Ron. My dad would take Ron to his doctor appointment and check ups from his kind gesture because Rons family had moved away leaving Ron feeling lonely sometimes. Ron unfortunly passed away this July 2024 Seeing the bond my dad had with this guy was heart touching. As Ron's family came into town to clean up and pack the home. Ron's brother inlaw came up to me and said "You're lucky to have a great and carring father like you do, never take that for granted." As I stood there helping move furniture I looked over at my dad and really felt blessed that he is my dad and how hard working he is. Saul Garanzuay has always been super ambitious from owning his own thrift store to doing landscaping, scrap metal or doing home maintance for people. I can guarentee if you were to ask anyone about my dad they'll have nothing but good things to say about him. I hope this letter tells you a bit more of who my father really is.

Sincerely,
Eddie Grz

To Whom this may Concern:

My name is selena Garanzuay and am Saul Garanzuay's youngest daughter. I Just wanted to start by saying that my dad has always been the best father figure to my siblings and i. My dad is the most hard working Person i know, he is dedicated to supporting his family by scrap metaling, taking care of retired veterans and even yard work. He has always been a kind, loving strong Person who holds our family together. My dad has always helped take care of my daughter on the days i go to work, up to even taking his mom to her appointment. There has never been a time that he was not there for us, with that being said it's important that my dad is here with us for multiple Reasons.

Thank you for taking the time to Read my letter

Sincerely
Selena Garanzuay

July 26, 2024

Jackeline Garanzuay
Walla Walla Place, WA 99362
(509)

To Whom It May Concern:

I am writing you regarding my brother, Saul Garanzuay, who is currently facing leagal issues. I wish to offer a character reference based on my personal knowledge of him.

I have known Saul my whole life (44 years), and in this time, I have consistently found him to be a person of kindness. He has always demonstrated a strong sense of respect for others. Saul is dedicated to his family and friends. An example is that he has taken our mother to her dialysis appointments when needed. Additionaly, he cares for his grand-daughter when his daughter is at work, and just recently, he cared for a retired Veteran who had no way to get around.

While I understand that Saul is facing charges, I believe it is important to recognize his character outside of this situation. Saul is a caring, positive person. He is dedicated to

making sure everyone around him is okay and is always willing to give a helping hand. This is why Saul has had jobs that consisted of helping others. Saul has worked in scrap-metal, where he removes unwanted items from people's homes who can't physically remove on their own. He has handy-man jobs where he gets hired to help the elderly by buying groceries or any necesseties that they can't do on their own, like lawn work. I can say Saul is truly a caring, helpful, and sympathetic person.

I respectfully ask for your consideration of Saul Garanzuay's character and thank you for taking the time to read this letter.

Sincerely,
Jacklelline Garanzuay

Uriel Garanzuay

WAIIa WAIIa WA 99362 PL
hurielgaranzuay@.
509
7/27/24

To whom it may Concern,

I'm writing to provide a Character reference for Saul Garanzuay. I've known Saul for 37 years, and can confidently say that they are a person of great Character and Integrity. During the time I have known Saul, I have observed their dedication, honesty and kindness to his family and friends. Saul consistenly demonstrate's a strong genuine willingness to help others whether in professional or personal setting. Saul always conducts himself with the utmost respect and consideration for those around him. one instance that stands out to me is when Saul went out of his way to care for Ron an elderly man that his own family could not do on a Consistent basis. Saul went above and beyond for Ron until he recently passed away. This example is Just one of the great quality's that saul has, and the commitment on doing what is right. In Conclusion, I am Confident that Saul will Continue to be a positive and valuable presence in any community or organization they Join.

Please feel free to contact me if you require any further information.

Sincerely,

Uriel Garanzuay

05/26/24

To whom it may concern:

I am writiting in behalf of my brother Saúl Alejo Garanzuay. My brother Saul is a very good father, Grandfather And brother. Saúl has always being a very hardworking person, always there for family under any circumstances. He does some scrap metal work, helps clean houses, he does caregiving, and does some moving and unloading truckes for people that need help moving or unloading when moving into a new place. He has always provided for his family. Saul has a grandaughter that he is crazy about!!

Thank you for taking the time to read this letter. I have faith in my brother because I know his faith is bigger than life!!

Thank you!!

Lorena Garanzuay

I am Lizbet Flores & I am writing this letter on behalf of Saul Garanzuay.

I have come to know the Garanzuay family back in 2013/2014, I don't really remember. My mom was very close to Saul & his wife, Maria. I became very close & good friends with the youngest daughter, Selena. I spent almost every other night at the Garanzuay house in the summer. ~~Sometimes we~~ It reached a certain point where they started to feel like a second family to me. I was over at every summer BBQ, sometimes would go on trips to the Tri-cities to do shopping with them as well. There is one core memory that has always stuck with me & I'm sure for my friend Selena as well. Saul & Maria would take Selena & I to Wildhorse Casino for a weekend, we'd spend a majority of our time swimming, but Saul would always come to check on us. After swimming, he'd walk us to our room to get changed, would wait for us, take us to get food & then would give us some money for the arcade.

Saul Garanzuay is a very selfless, geniune & giving person. He is a man of God & belives in the good. He is the kind of person to give to someone in need if that meant he would be left with nothing. He knows how to make you laugh when you're upset or angry & you just to want to smile, but Saul brings out the good in others.

726-24

To whom it may concern,

I have known Saul Garanzuay for over 25 years. In all that time he has always been a hardworking person. To help support his family, he has done many jobs from yardwork and scrap metal collecting to helping take care of the elderly. Saul has also been a loving and supporting father. Currently he helps his youngest child by taking care of her daughter while she works. Over the years Saul has been a big part of my life, he and my sister have let me live with them on and off growing up. He has had a major influence in my life and has helped mold me into the person I have become.

Thank you for your time,
Denise B_____