

Janelle M. Carman-Wagner
Carman Law Office, Inc.
6 E. Alder St. Suite 418
Walla Walla, WA 99362

The Hon. Mary K. Dimke

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.    4:2024-cr-06018-MKD |
|---|---|
| Plaintiff, | DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |
| v. | |
| VICKY VILLALOBOS, et al., | |
| Defendant. | |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of October 1,

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

2024 to a date no later than 12/23/2024 for the following reasons pursuant to 18 U.S.C. § 3161:

*This is a case involving a number of defendants and gravely serious charges that issued after a law enforcement investigation that spanned many months. We have only recently received the first installment of discovery – which is voluminous – and additional installments are pending future release. It is reasonably anticipated that extensive investigation will be needed in order to prepare for trial. The initial scheduling order does not give sufficient time for preparation. The parties are in agreement with the continuance, and agreed dates, attached hereto, have been located.*

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Defendant Vicky Villalobos

Date: ___8/19/24___

I have read this form and discussed its contents with my client.

_____
Janelle M. Carman-Wagner, #31537
Counsel for Defendant

Date: 8 18 2024

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2