Sandy D. Baggett
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 4:24-CR-6018-MKD-5 |
| Plaintiff, | Motion to Modify Conditions of Release |
| v. | |
| **ROGELIO GUTIERREZ JR.**, | Unopposed |
| Defendant. | |

The defendant, Rogelio Gutierrez Jr., through court appointed counsel, Sandy D. Baggett, requests that the court modify his conditions of release to change the condition for house arrest to a condition for curfew. The government does not oppose this modification, and U.S. Probation supports it.

On August 2, 2024, the court set pretrial conditions of release that include GPS monitoring (condition 7) and home detention (condition 8). See ECF #89. The defendant proposes modifying condition 8 from home detention to a nightly curfew from the hours of 9:00 p.m. to 5:00 a.m. The defendant would continue to wear a GPS monitor.

Since the court's original order, the defendant has moved into his mother's home which is a stable and safe environment. He works fulltime, managing a laundromat, and he also runs his own catering business for large events such as weddings on the weekends. He completed his drug treatment assessment and is now enrolled in a maintenance level program. A change to evening curfew would allow him to continue working at both of his jobs without having to daily ask permission from his probation officer. It would also allow him some flexibility to help his elderly mother with her medical appointments and shopping for food without daily asking permission.

Dated: September 27, 2024

s/ Sandy D. Baggett
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
(509) 822-9022

**Service Certificate**

I certify that on September 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Rebecca R. Perez and Brandon Lloyd Pang.

s/ Sandy D. Baggett
Sandy D. Baggett, WSBA #54320
P.O. Box 1069
Spokane, WA 99201
sandy@sandybaggett.com
(509) 822-9022