# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
## (Honorable Mary K. Dimke)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FAYE CARIVEAU, <br><br> Defendant. | ) NO.  4:24-CR-6018-MKD-2 <br> ) <br> ) <br> ) **ORDER GRANTING MOTION TO** <br> ) **CONTINUE** <br> ) **(PROPOSED)** <br> ) <br> ) <br> ) <br> ) <br> ) |

Before the Court is the Motion to Continue Trial and Related Deadlines. (Ct. Rec.___). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Motion to Continue Trial and Related Deadlines (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this __day of October, 2024.

_____
MARY K. DIMKE
UNITED STATES JUDGE

ORDER