Dennis Hanson
Quantum Legal, PLLC.
7502 W Deschutes Pl
Kennewick, WA 99336
(509) 783-5551

Attorney for Defendant
Kelly John Lee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 4:24-CR-06018-MKD-4 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SUBSTITUTION OF ATTORNEY AND WITHDRAWAL OF ATTORNEY |
| KELLY JOHN LEE, Defendant. | |
| | REQUEST FOR DISCOVERY |

PLEASE TAKE notice that J. Gregory Lockwood hereby withdraws as counsel of record for Kelly John Lee, effective immediately, and that Dennis Hanson of QUANTUM LEGAL, PLLC, substitutes as attorney of record. All further communications, exclusive of original process, are to be directed to the address listed above.

Dated March 4, 2025

By: s/ Dennis Hanson
Dennis Hanson
Bar Number #41655
7502 W Deschutes Pl
Kennewick, WA 99336
509-783-5551
509-736-1151 Fax
dennis@qtmlegal.com

Certificate of Service

I hereby certify that on March 4, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon Pang, Assistant United States Attorney.


s/ Dennis Hanson, WSBA 41655
Dennis Hanson