Christine Bennett
719 Jadwin
Richland, WA 99352
509-378-6978
Attorney for Vicky Villalobos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. __2:24__ -CR-__06018__-MKD-_1_ |
| Plaintiff, | DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |
| v. | |
| VICKY VILLALOBOS, _____, | |
| Defendant. | |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later.  My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance.  A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of _____6/2/25_____ to a date no later than _____11/18/25_____ for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

The current trial date of 6/2/25 was set on 10/30/24 in the Third Case Management Order following my arraignment hearing on 7/25/24 as being necessary to give my attorney time to review discovery a prepare a competent defense. On 2/10/25, a new attorney was appointed to my case following the discovery of a conflict associated with my prior attorney. Mr. Lee retained a new attorney on 3/4/25. On 4/7/25, I received a plea offer. On 4/16/25, my new attorney received approval for an expert witness who will need time to prepare a report. If I am unable to come to an agreement regarding all the terms of my plea offer, my new attorney will need additional time to prepare for trial.

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Defendant

Date: _____5/5/25_____

I have read this document to my client and discussed its contents with him/her.

_____
Counsel for Defendant

Date: _____5/5/25_____

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed Defense Speedy Trial Waiver & Statement of Reasons with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ms. Perez and Mr. Pang, Assistant United States Attorneys.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin
Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978