FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-06018-MKD-3 |
| Plaintiff, | REPORT AND RECOMMENDATION RE: FELONY PLEA AND ORDER DIRECTING PREPARATION OF PRESENTENCE INVESTIGATION REPORT |
| v. | |
| SAUL A GARANZUAY, | |
| Defendant. | |

On February 3, 2026, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement (ECF No. 205).  Defendant was represented by court-appointed attorney Nicholas Marchi.  Assistant United States Attorney Brandon Pang represented the United States.

Defendant executed a written waiver of the right to prosecution by indictment and consented to prosecution by information (ECF No. 202).

Defendant also executed a written waiver of the right to have the presiding United States District Judge take the change of plea, and all parties have signed a written consent to proceed before a United States Magistrate Judge (ECF No. 203).

The Court reviewed the terms of the plea agreement with Defendant.  The Court explained to Defendant the nature of the charge, the maximum penalties

ORDER - 1

applicable, Defendant's constitutional rights, the effect of the United States Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant, defense counsel, and counsel for the United States, the Court concludes Defendant is competent to plead guilty, there is a factual basis for Defendant's guilty plea, Defendant entered the plea voluntarily and with full knowledge of the consequences, and the plea did not result from force, threats, or promises (other than the promises in the plea agreement).

## RECOMMENDATION

Based upon the foregoing, the Court recommends that the District Court accept Defendant's plea of guilty to Count One (1) of the Information (ECF No. 201), which charges Defendant with Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

## WARNINGS

Pursuant to 28 U.S.C. § 636(b), Fed. R. Crim. P. 59, LCrR 11, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation. Any party desiring to oppose such objections shall have seven (7) days after service to file and serve a written response. LCrR 11. If objections are not timely filed, the parties' right to de novo

ORDER - 2

review may be waived.  *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); Fed. R. Crim. P. 59; *see generally Thomas v. Arn*, 474 U.S. 140, 150–53 (1985).

## ORDER

1.    Defendant shall remain released on conditions previously imposed.

2.    The undersigned directs that a presentence investigation report be prepared.

3.    The District Court Executive is directed to send a copy of this Report and Recommendation to all parties, the assigned District Judge, and to the United States Probation/Pretrial Services Office.

**IT IS SO ORDERED.**

DATED February 4, 2026.

_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3