DENNIS HANSON
Quantum Legal, PLLC.
7502 West Deschutes Place
Kennewick WA 99336
(509) 783-5551
Attorney for Defendant
KELLY JOHN LEE

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>Kelly John Lee,<br>          Defendant | Case No. 4:24-CR-06018-MKD-4<br><br>UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL |

COMES now the Defendant, by and through his attorney and requests this Court grant the defendant's Motion to Continue Pre-Trial Date and Trial Date. This matter currently is scheduled for pre-trial on February 12, 2026. Trial is scheduled for March 3, 2026. The parties are requesting a trial date no later than May 11, 2026 with a pre trial hearing on April 16, 2026 at 1:00 pm in Richland. Mr. Lee has executed a waiver with the last trial date of May 26, 2026. Counsel will also be filing a sealed declaration which contains Mr. Lee's medical information as one of the reasons for the continuance. The government does not oppose this request.

ARGUMENT

The Supreme Court has stated that "broad discretion must be granted trial courts on matters of continuances." *Morris v. Slappy*, 461 U.S. 1, 11 (1983). When the defendant's sixth amendment right to counsel is implicated a court must balance several factors to determine if denial [of a continuance] was "fair and reasonable." Among the factors are: whether the continuance would inconvenience witnesses, the court, counsel, or the parties; whether other continuances have been

MOTION TO CONTINUE TRIAL DATE - 1

granted; whether legitimate reasons exist for the delay; whether the delay is the defendant's fault; and whether a denial would prejudice the defendant. *United States v. Studley*, 783 F.2d 934, 938 (9th Cir. 1986) (quoting *United States v. Leavitt*, 608 F.2d 1290, 1293 (9th Cir. 1979) (per curiam)).

There have been recent developments in this matter and because of that, counsel is requesting more time to adequately prepare this matter for trial. Mr. Lee also has a surgical procedure scheduled on February 5, 2026 that will keep him in recovery for quite some time. A sealed declaration will be provided with more information on that procedure for the court.

## CONCLUSION

For the reasons stated herein, it is respectfully request that the defendant's Motion to Continue the Trial Date and Pre-Trial be granted.

DATED this 4th day of February, 2026.

Respectfully Submitted,

*s/ Dennis Hanson*
Dennis Hanson
Attorney for Defendant

MOTION TO CONTINUE TRIAL DATE - 2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the Unopposed Motion to Continue Pre-Trial Conference and Trial and Reset Deadlines was e-mailed via ECF 02/04/2026, to Brandon Pang, Assistant United States Attorney.

s/*Dennis Hanson*
QUANTUM LEGAL, PLLC.
Attorneys for Defendant

MOTION TO CONTINUE TRIAL DATE - 3