Christine Bennett
719 Jadwin Richland, WA 99352
509-378-6978
christinebennettlaw@gmail.com

Attorney for Defendant
Vicky Villalobos

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Mary K. Dimke)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VICKY VILLALOBOS,<br><br>                    Defendant. | )  NO.  4:24-CR-6018-MKD-1<br>)<br>)<br>)  MOTION TO CONTINUE<br>)  SENTENCING AND ALL<br>)  RELATED DEADLINES<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Christine Bennett, the attorney for the defendant, Vicky Villalobos, and respectfully moves the court for an order continuing the Sentencing hearing, presently set for 3/19/26, to 5/28/26 at 1:30 PM.

Ms. Villalobos would like more time to prepare for her sentencing hearing. The government does not object to this continuance.

DATED: March 3, 2026

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
 (509) 378-6978
christinebennettlaw@gmail.com

MOTION TO CONTINUE SENTENCING AND
ALL RELATED DEADLINES Page  1

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed Defendant's

Motion to Continue with the Clerk of the Court using the CM/ECF System which

will send notification of such filing to the following: Ms. Perez and Mr. Pang, Assistant

United States Attorneys.

s/ Christine Bennett
Attorney for Defendant, WSBA #41305
719 Jadwin Richland, WA 99352
(509) 378-6978
christinebennettlaw@gmail.com

Christine Bennett, Defense Attorney
719 Jadwin, Richland WA 99352
509-378-6978

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Mary K. Dimke)

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICKY VILLALOBOS,<br><br>Defendant. | ) NO. 4:24-CR-6018-MKD-1<br>)<br>)<br>) **ORDER GRANTING MOTION TO**<br>) **CONTINUE**<br>) **(PROPOSED)**<br>)<br>)<br>)<br>)<br>)<br>) |

Before the Court is the Motion to Continue Sentencing and Related Deadlines. (Ct. Rec.____). For the reasons set forth in the Defendant's motion, IT IS HEREBY ORDERED that the Motion to Continue Sentencing and Related Deadlines (CT. Rec. __) is GRANTED. The district court executive is directed to enter this order and provide copies to counsel.

DATED this __ day of March, 2026.

_____
MARY K. DIMKE
UNITED STATES JUDGE

ORDER