**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**

Attorney for:
**FAYE CARIVEAU**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

### (Honorable Mary K. Dimke)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. **4:24-CR-06018-MKD-2** |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S** |
| | ) **EXHIBIT LIST FOR** |
| | ) **SENTENCING HEARING** |
| FAYE CARIVEAU, | ) |
| | ) *Sentencing*: **March 19, 2026,** |
| Defendant, | ) **at 11:00 AM** |
| | ) |

**COMES NOW** the Defendant, FAYE CARIVEAU, by and through her attorney of record, Kenneth D. Therrien, and hereby submits the following Notice of Exhibit for the sentencing hearing currently scheduled for March 19, 2026.

The Defendant respectfully gives notice of her intent to submit the following exhibit to the Court and the United States at the time of sentencing:

- **Exhibit 2000:** Letter from Defendant Faye Cariveau to the Honorable Mary K. Dimke.

RESPECTFULLY SUBMITTED this 12th day of March, 2026

*/s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Counsel for Faye Cariveau
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- REBECCA PEREZ, Assistant United States Attorney
- BRIAN PANG, Assistant United States Attorney

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Counsel for Faye Cariveau
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com