# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **Case No.**  **4:24-CR-06018-MKD-2** |
| | Plaintiff, | **CRIMINAL MINUTES** |
| -vs- | | **DATE:**  **MARCH 19, 2026** |
| FAYE CARIVEAU, | | **LOCATION:**  **RICHLAND** |
| | Defendant. | **SENTENCING HEARING** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Laurel Holland | | Kenneth Therrien |
| **Government Counsel** | | **Defense Counsel** |

**United States Probation Officer:**   Dan Manning

**[ X ]  Open Court**              **[   ]  Chambers**              **[   ]  Video Conference**

Defendant present, not in custody of the US Marshal.

Counsel confirmed they are ready to proceed to sentencing.

Mr. Therrien confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the Defendant, including the proposed conditions of supervision, and the Defendant does not have any pending objections.

The Court overruled the United States' objection to the role reduction in the Presentence Investigation Report. The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report, to which counsel did not object. The Presentence Investigation Report was accepted by the Court as filed.

Ms. Holland provided sentencing recommendations on behalf of the United States.

Mr. Therrien provided sentencing recommendations and comments on behalf of Defendant.

Defendant's father addressed the Court on behalf of Defendant.

Defendant addressed the Court on her own behalf.

The Court addressed Defendant and imposed sentence:

- **Imprisonment: time served**.

## [X]  ORDER FORTHCOMING

| **CONVENED:**  1:20 P.M. | **ADJOURNED:**  1:55 P.M. | **TIME:**  0:35 HR. | **CALENDARED**  [ ] |
|---|---|---|---|

*USA -vs- CARIVEAU*
4:24-CR-06018-MKD-2
Sentencing Hearing

March 19, 2026
Page 2

- **Supervised Release: 5 years** on mandatory, standard, and special conditions listed in the Presentence Investigation Report. In addition, Defendant shall be subject to GPS monitoring and home confinement for a period of 120 days. Mr. Therrien waived reading of the conditions on behalf of Defendant.

- **Fine**:  waived

- **Special Penalty Assessment**: $100

Appeal rights waived pursuant to plea agreement.

Ms. Holland moved to dismiss the underlying Indictment.
**Court**: GRANTED