Todd Blanche
United States Attorney General
Rebecca R. Perez
Brandon Pang
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICKY VILLALOBOS,<br><br>Defendant. | Case No.: 4:24-CR-6018-MKD-1<br><br>UNITED STATES' NOTICE OF REVIEW AND OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT |

Plaintiff United States of America, by and through Rebecca Perez and Brandon Pang, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the United States has reviewed the Draft Presentence Investigation Report ("PSIR") ECF 175. The United States has no objections or corrections to the draft PSIR.

Dated this 1st day of September 2026

Todd Blanche
United States Attorney General
*s/ Brandon Pang*
Brandon Pang
Assistant United States Attorney

**CERTIFICATION**

I hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Brandon Pang*
Brandon Pang
Assistant United States Attorney